No. 348. ELLIS *v.* GIRARD TRUST Co., TRUSTEE. Supreme Court of Pennsylvania, Eastern District. Certi-

orari denied. *L. B. Schofield* and *Harry J. Alker, Jr.* for petitioner. *Owen Brooke Rhoads* for respondent.